BESSIE WHEELER, as Administratrix of the Estate of REUBEN F. WHEELER, Deceased, Appellant, *v.* TERRY & TENCH COMPANY, Respondent.

*Wheeler v. Terry & Tench Co.*, 177 App. Div. 853, reversed.

(Argued May 9, 1918; decided May 28, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 9, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer. Defendant was engaged in the erection of certain steel towers at Wilmington, Delaware. The intestate had charge of a gang of men on the work who, at the time of the accident, were engaged in hoisting a heavy box to a platform on one of the towers. One of the men, who was upon the platform, took a block of wood that was there and placed it under the hoisting line to keep it from chafing but the line swung over causing the block to escape from his hand which falling struck the intestate causing the injury from which he died. Plaintiff contended that defendant was negligent in failing to supply suitable appliances for the work to be done and in failing to use due care and diligence in selecting competent employees.

*Grant Hoerner* and *Benjamin R. Buffet* for appellant.

*Edward F. Lindsay, G. Everett Hunt* and *Walter G. Evans* for respondent.

Judgment reversed and new trial granted, with costs in all courts to abide event, on dissenting opinion of SHEARN, J., below.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.